Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ANNIE'S PANDA GARDEN;<br>SHIH KUN WANG;<br>HONG YING WANG;<br>SU NI ZHENG; et. al.<br><br>　　　　Defendant. | **Case No.:2:13-cv-00213-JAM-KJN**<br><br>**OFFER OF JUDGMENT**<br>**(FRCP 68)** |

　　　　Defendant, ANNIE'S PANDA GARDEN; SHIH KUN WANG; HONG YING WANG; SU NI ZHENG, hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor of plaintiff MARSHALL LOSKOT and against defendant in the sum of four thousand one dollars ($4,001), for damages. Attorneys' fees, costs and litigation expenses are to be determined by Fee Application.

Dated: October 16, 2014　　　　　　　　　　MICHAEL WELCH + ASSOCIATES

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michael D. Welch_____
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant