THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/444-5800
Facsimile:    415/444-5805

Attorney for Plaintiff
MARSHALL LOSKOT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>  Plaintiff,<br><br>v.<br><br>ANNIE'S PANDA GARDEN; SHIH KUN WANG and HONG YING WANG, as Co-Trustees under that certain DECLARATION OF TRUST executed September 21, 1993; and SU NI ZHENG, an individual dba ANNIE'S PANDA GARDEN,<br><br>  Defendants. | **CASE NO. 2:13-cv-00213-JAM-JFM**<br><br>**Civil Rights**<br><br>**ACCEPTANCE OF DEFENDANTS' FRCP 68 OFFER OF JUDGMENT** |

**TO THE COURT, DEFENDANTS AND ALL PARTIES OF INTEREST**:

Please take notice that, Plaintiff MARSHALL LOSKOT, by and through his counsel of record, hereby accepts defendants Federal Rule of Civil Procedure Rule 68 Offer of Judgment in the sum of four thousand one dollars ($4,001) for damages only in the above-captioned matter.

Plaintiff also accepts to resolve his claims for attorneys' fees, costs and litigation expenses incurred in this case by filing a Fee Application to the court.

///

///

///

**ACCEPTANCE OF DEFENDANTS' FRCP 68 OFFER OF JUDGMENT**    1

Plaintiff MARSHALL LOSKOT, by and through his counsel of record, accepts the offer of judgment.

Dated: October 21, 2014

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: ___/s/Thomas E. Frankovich_____
Thomas E. Frankovich
Attorney for Plaintiff MARSHALL LOSKOT