THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94109
Telephone:   (415) 444-5800
Facsimile:    (415) 444-5805

Attorney for Plaintiff
MARSHALL LOSKOT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>v.<br><br>ANNIE'S PANDA GARDEN; SHIH KUN WANG and HONG YING WANG, as Co-Trustees under that certain DECLARATION OF TRUST executed September 21, 1993; and SU NI ZHENG, an individual dba ANNIE'S PANDA GARDEN,<br><br>    Defendants. | **CASE NO. 2:13-cv-00213-JAM-JFM**<br><br>**NOTICE OF ACCEPTANCE BY PLAINTIFF OF RULE 68 OFFER; AND SETTLEMENT OF INJUNCTIVE RELIEF; STIPULATION AND ORDER TO FILE FEE APPLICATION WITHIN FORTY-FIVE (45) DAYS AND VACATE TRIAL DATE** |

The parties by and through their respective counsel of record, hereby make the following stipulation:

**Whereas**, this case is set for trial on November 3, 2014; and

**Whereas**, plaintiff MARSHALL LOSKOT accepted defendants' Rule 68 offer for judgment on damages issues; and

**Whereas**, the parties have entered into a settlement for injunctive relief; and

**Whereas**, the parties have agreed to resolve the issues of attorneys' fees costs and litigation expenses by a fee application; and

CASE NO. 2:13-cv-00213-JAM-JFM             1

**Whereas**, the parties need additional time in order to attempt settlement of the fees and costs issues.

**IT IS STIPULATED**, by the parties through their respective counsel of record, that plaintiff MARSHALL LOSKOT have up to and including forty-five (45) days from enter of judgment or order of dismissal in which to otherwise settle the fee and cost issues or file a fee application, and the court vacate the trial dated November 3, 2014.

Dated: October 21, 2014              THOMAS E. FRANKOVICH

*A PROFESSIONAL LAW CORPORATION*

By:     /s/Thomas E. Frankovich
                Thomas E. Frankovich
Attorney for Plaintiff MARSHALL LOSKOT

Dated: October 21, 2014              MICHAEL WELCH + ASSOCIATES

By:_____/s/Michael D. Welch_____
                Michael D. Welch
Attorneys for Defendants SHIH KUN WANG and HONG YING WANG, as Co-Trustees under that certain DECLARATION OF TRUST executed September 21, 1993; and SU NI ZHENG, an individual dba ANNIE'S PANDA GARDEN

## ORDER

**IT IS SO ORDERED**: Plaintiff MARSHALL LOSKOT shall have up to and including forty-five (45) days from entry of judgment or order of dismissal in which to file a fee application, and the trial set for November 3, 2014 is vacated.

Dated:  10/21/2014                        /s/ John A. Mendez_____

                                          Honorable John A Mendez

                                          United States District Judge of California