1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorney for Plaintiff
   MARSHALL LOSKOT
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10
                                              )  **CASE NO.  2:13-cv-00213-JAM-JFM**
11  MARSHALL LOSKOT,                          )
                                              )  **REQUEST AND STIPULATION TO**
12         Plaintiff,                         )  **EXTEND TIME FOR FEE APPLICATION;**
                                              )  **and ORDER THEREON**
13  v.                                        )
                                              )
14                                            )
                                              )
15  ANNIE'S PANDA GARDEN; SHIH KUN            )
    WANG and HONG YING WANG, as Co-           )
16  Trustees under that certain DECLARATION   )
    OF TRUST executed September 21, 1993;     )
17  and SU NI ZHENG, an individual dba        )
    ANNIE'S PANDA GARDEN,                     )
18                                            )
           Defendants.                        )
19  _____ )

20

21      The parties by, through their respective attorney of record, request that this Court

22  extend the time to for Plaintiff's to submit his Fee Application to January 5, 2015, for the

23  following reasons:

24      1.    **Whereas**, plaintiff's counsel will be out of the County of Marin and/or State of

25  California from November 22, 2014 through December 10, 2014, and on vacation from

26  December 23, 2014 through January 5, 2015; and

27  ///

28  ///

**REQUEST AND STIPULATION TO EXTEND TIME TO SUBMIT FEE APPLICATION**
**CASE NO. 2:13-cv-00213-JAM-JFM**                                                      1

2.      **Whereas**, defendants' counsel, as of the date of this stipulation, is presently out of State from November 21, 2014 through December 5, 2014, and his office will be closed from December 23, 2014 to January 2, 2015; and

3.      **Whereas**, defense counsel Michael Welch, in discussing the settlement aspects with his clients has to deal with cultural differences.

**IT IS SO STIPULATED**:

It is stipulated and respectfully requested that the plaintiff has up to and including January 5, 2015, to submit a Fee Application.

Dated: November 21, 2014            THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*


                                    By:   /s/ Thomas E. Frankovich
                                          Thomas E. Frankovich
                                     Attorney for Plaintiff CRAIG YATES, an individual


Dated: November 20, 2014            MICHAEL WELCH
                                    **Michael Welch & Associates**



                                    By:_/s/Michael D. Welch_____
                                         Michael D. Welch

                                    Attorney for Defendants ANNIE'S PANDA GARDEN; SHIH KUN WANG and HONG qYING WANG, as Co-Trustees under that certain DECLARATION OF TRUST executed September 21, 1993; and SU NI ZHENG, an individual dba ANNIE'S PANDA GARDEN

REQUEST AND STIPULATION TO EXTEND TIME TO SUBMIT FEE APPLICATION
CASE NO. 2:13-cv-00213-JAM-JFM                                                   2

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**: That plaintiff shall have up to and including January 5, 2015, to file a Fee Application in the above - captioned action.

Dated: November 24, 2014   /s/ John A. Mendez
Honorable Judge John A. Mendez
United Sates District Court,
Eastern District of California