THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorney for Plaintiff
MARSHALL LOSKOT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>v.<br><br>ANNIE'S PANDA GARDEN; SHIH KUN WANG and HONG YING WANG, as Co-Trustees under that certain DECLARATION OF TRUST executed September 21, 1993; and SU NI ZHENG, an individual dba ANNIE'S PANDA GARDEN,<br><br>    Defendants. | CASE NO.  2:13-cv-00213-JAM-JFM<br><br>**AMENDED REQUEST AND STIPULATION TO EXTEND TIME FOR FEE APPLICATION; and  ORDER THEREON** |

The parties by, through their respective attorney of record, request that this Court extend the time to for Plaintiff's to submit his Fee Application to January 15, 2015, for the following reasons:

1.      **Whereas**, plaintiff's counsel will be out of the County of Marin and/or State of California from November 22, 2014 through December 10, 2014, and on vacation from December 23, 2014 through January 5, 2015; and

///

///

2. **Whereas**, defendants' counsel, as of the date of this stipulation, is presently out of State from November 21, 2014 through December 5, 2014, and his office will be closed from December 23, 2014 to January 2, 2015; and

3. **Whereas**, defense counsel Michael Welch, in discussing the settlement aspects with his clients has to deal with cultural differences.

**IT IS SO STIPULATED**:

It is stipulated and respectfully requested that the plaintiff has up to and including January 15, 2015, to submit a Fee Application.

Dated: November 25, 2014             THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*


                                     By:   /s/ Thomas E. Frankovich
                                           Thomas E. Frankovich
                                      Attorney for Plaintiff CRAIG YATES, an individual


Dated: November 25, 2014             MICHAEL WELCH
                                     **Michael Welch & Associates**



                                     By:_/s/Michael D. Welch_____
                                           Michael D. Welch

                                     Attorney for Defendants ANNIE'S PANDA GARDEN; SHIH KUN WANG and HONG qYING WANG, as Co-Trustees under that certain DECLARATION OF TRUST executed September 21, 1993; and SU NI ZHENG, an individual dba ANNIE'S PANDA GARDEN

**AMENDED REQUEST AND STIPULATION TO EXTEND TIME TO SUBMIT FEE APPLICATION**
**CASE NO. 2:13-cv-00213-JAM-JFM**                                           2

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**: That plaintiff shall have up to and including January 15, 2015, to file a Fee Application in the above - captioned action.

Dated: November 25, 2014            /s/ John A. Mendez
                                    Honorable Judge John A. Mendez
                                    United Sates District Court,
                                    Eastern District of California